**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| **EAST PHILADELPHIA FURNITURE SERVICES** | : | Bankruptcy No. 26-10823-pmm |
| | : | |
| | : | |
| **Debtor** | : | |

### CERTIFICATION OF NO RESPONSE OR OBJECTION TO FIRST AND FINAL FEE APPLICATION FOR COMPENSATION OF LEONA MOGAVERO, ESQUIRE AS SUBCHAPTER V TRUSTEE

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the First and Final Fee Application for Compensation of Leona Mogavero, Esquire as Subchapter V Trustee (the "Application") filed on May 12, 2026. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than May 26, 2026.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Respectfully submitted,

By: /s/ *Leona Mogavero*

Leona Mogavero, Esquire
ZARWIN, BAUM, DeVITO
KAPLAN, SCHAER & TODDY, P.C.
2005 Market Street, 16th Floor
Philadelphia, PA  19103
Telephone:  (215) 569-2800
Facsimile:  (215) 569-1606
Email:  lmogavero@zarwin.com
*Subchapter V Trustee*

Dated: May 27, 2026

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| **EAST PHILADELPHIA FURNITURE SERVICES** | : | Bankruptcy No. 26-10823-pmm |
| | : | |
| | : | |
| **Debtor** | : | |

### CERTIFICATION OF SERVICE/MAILING

The undersigned hereby certifies that on the date set forth below, I caused a true and correct copy of Certification of No Response or Objection to the First and Final Application of Leona Mogavero, Esquire for Compensation to be filed using the electronic filing system which sends notice thereof to all registered parties in the case.  The document is available for viewing and downloading.

By: /s/ **Leona Mogavero**
Leona Mogavero, Esquire
ZARWIN, BAUM, DeVITO
KAPLAN, SCHAER & TODDY, P.C.
2005 Market Street, 16th Floor
Philadelphia, PA  19103
Telephone: (215) 569-2800
Facsimile: (215) 569-1606
Email:  lmogavero@zarwin.com
*Subchapter V Trustee*

Dated: May 27, 2026