**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| **EAST PHILADELPHIA FURNITURE SERVICES** | : | Bankruptcy No. 26-10823-pmm |
| | : | |
| | : | |
| **Debtor** | : | |

## ORDER

Upon consideration of the First and Final Application for Compensation of Leona Mogavero, Esquire, as Subchapter V Trustee, for the Period from March 6, 2026, through April 24, 2026 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Leona Mogavero, Esquire, shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $4,320.00 by Leona Mogavero, Esquire, in rendering said services as Subchapter V Trustee.

BY THE COURT:

_____
Patricia M. Mayer,
United States Bankruptcy Judge

Date:

DATED 5/28/26