United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 26-10823-pmm

East Philadelphia Furniture Services                                            Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 28, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID**      **Recipient Name and Address**
db      + East Philadelphia Furniture Services, 4700 Wissahickon Avenue, Philadelphia, PA 19144-4248

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name**      **Email Address**

ANGELA L MASTRANGELO
     on behalf of Interested Party IMD Forty Seven Hundred LLC mastrangelo@bk-legal.com

ANGELA L MASTRANGELO
     on behalf of Interested Party Forty Seven Hundred LP mastrangelo@bk-legal.com

CHRISTOPHER R. MOMJIAN
     on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov

LEONA MOGAVERO, ESQ.
     lmogavero@zarwin.com  acoleman@zarwin.com

LEONA MOGAVERO, ESQ.
     on behalf of Trustee LEONA MOGAVERO  ESQ. lmogavero@zarwin.com, acoleman@zarwin.com

MAGGIE S SOBOLESKI
     on behalf of Debtor East Philadelphia Furniture Services msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com

District/off: 0313-2                               User: admin                                    Page 2 of 2
Date Rcvd: May 28, 2026                           Form ID: pdf900                                 Total Noticed: 1

PAMELA ELCHERT THURMOND
                    on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov

RACHEL WOLF
                    on behalf of U.S. Trustee United States Trustee rachel.wolf@usdoj.gov

THOMAS DANIEL BIELLI
                    on behalf of Interested Party Forty Seven Hundred LP tbielli@bk-legal.com  bhoffmann@bk-legal.com

THOMAS DANIEL BIELLI
                    on behalf of Interested Party IMD Forty Seven Hundred LLC tbielli@bk-legal.com  bhoffmann@bk-legal.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                   :  Chapter 11
                                                         :
**EAST PHILADELPHIA FURNITURE**          :  Bankruptcy No. 26-10823-pmm
**SERVICES**                                             :
                                                         :
                                    **Debtor**    :

### ORDER

Upon consideration of the First and Final Application for Compensation of Leona Mogavero, Esquire, as Subchapter V Trustee, for the Period from March 6, 2026, through April 24, 2026 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Leona Mogavero, Esquire, shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $4,320.00 by Leona Mogavero, Esquire, in rendering said services as Subchapter V Trustee.

BY THE COURT:

_____
Patricia M. Mayer,
United States Bankruptcy Judge

Date:

DATED 5/28/26