[redacted]

Debtor 1 East Philadelphia Furniture Services

Debtor 2
United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number 26-10823

# NOTICE OF ADDRESS CHANGE

Plumeria Accord Holdings LLC (hereinafter "Creditor") hereby gives notice that all presently held or future payments and/or correspondences to Creditor for the claims filed in this bankruptcy case should be sent to the following address:

## CHANGE IN NOTICE ADDRESS

| Prior Notice Address | New Notice Address |
|---|---|
| Plumeria Accord Holdings LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Plumeria Accord Holdings LLC<br>2006 N Sepulveda Blvd #248<br>Manhattan Beach, CA 90266 |

## CHANGE IN PAYMENT ADDRESS

| *Prior Payment Address* | New Payment Address |
|---|---|
| Plumeria Accord Holdings LLC<br>PO Box 2489<br>Kirkland, WA 98083-0788 | Plumeria Accord Holdings LLC<br>2006 N Sepulveda Blvd #248<br>Manhattan Beach, CA 90266 |

Claim No.: 4

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.

Signed by: **/s/ Moira Kirschbaum** Dated: 10/7/2026

Authorized agent for Creditor

Print Name: Moira Kirschbaum